UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-60584-RAR

**VICTOR ARIZA**,

    Plaintiff,

vs.

**PP RETAIL USA, LLC, d/b/a PHILIPP PLEIN, a foreign limited liability company,**

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff VICTOR ARIZA, by and through his undersigned Counsel, hereby provides notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file dismissal documents with prejudice.

DATED:  May 13, 2022.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By  *s/ Roderick V. Hannah* | By  *s/ Pelayo M. Duran* |
| RODERICK V. HANNAH | PELAYO M. DURAN |
| Fla. Bar No. 435384 | Fla. Bar No. 0146595 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of May, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and sent an e-mail of such filing to:

Jeffrey p. Englander, Esq.
MORRISON COHEN
909 Third Street – 27th Floor
New York, NY 10022
(212) 735-8720
jenglander@morrisoncohen.com

*Attorneys for Defendant*
*PP RETAIL USA, LLC d/b/a PHILIPP PLEIN*

    /s/ *Roderick V. Hannah*
    Roderick V. Hannah